Roger D. Drake (Nevada Bar No. 16849)
BERTOLDO CARTER SMITH & CULLEN
7408 West Sahara Avenue
Las Vegas, NV 89117
(702) 800-0000 (tel.)
(702) 228-2333 (fax)
rdrake@nvlegaljustice.com
Attorney for Plaintiff

SIGAL CHATTAH (Nevada Bar No. 8264)
Acting United States Attorney
NICOLE LEIBOW
Assistant United States Attorney
ANGELA THORNTON-MILLARD
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (816) 936-0134
Email: angela.thornton-millard@ssa.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SENEN MACANDOG, | ) |
| | ) CASE NO.: 2:25-cv-01386-MDC |
| Plaintiff, | ) |
| | ) STIPULATION TO EXTEND |
| v. | ) BRIEFING SCHEDULE |
| | ) |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED, by and between the parties, that Plaintiff shall have a 60-day extension from October 25, 2025, or until December 24, 2025, to prepare and file Plaintiff's Opening Brief. All other scheduling dates set forth in

the Case Management Order and Supplemental Rules for Social Security Actions shall be extended accordingly.

    This is plaintiff's first request for an extension. Plaintiff makes this request because of the press of other business, including representing claimants in SSA administrative matters, representing claimants at post-remand Social Security Administration hearings, other briefing, and non-SSA litigation. This request for extension is not made to interpose delay but to properly and adequately represent plaintiff.

    Plaintiff's Opening Brief will be due December 24, 2025.

    Defendant's Opening Brief will be due January 23, 2026.

    Plaintiff's Reply Brief will be due February 6, 2026.

DATED: October 21, 2025    By: *s/ Roger D. Drake*
    ROGER D. DRAKE
    Attorney for Plaintiff

DATED: October 21, 2025    SIGAL CHATTAH (Nevada Bar No. 8264)
    United States Attorney
    NICOLE LEIBOW
    Assistant United States Attorney

    *s/ Angela Thornton-Millard*
    ANGELA THORNTON-MILLARD
    Special Assistant United States Attorney
    Attorneys for Defendant
    [*Per email authorization on 10/21/2025*]

Roger D. Drake (Nevada Bar No. 16849)
BERTOLDO CARTER SMITH & CULLEN
7408 West Sahara Avenue
Las Vegas, NV 89117
(702) 800-0000 (tel.)
(702) 228-2333 (fax)
rdrake@nvlegaljustice.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SENEN MACANDOG, | ) |
| | ) CASE NO.: 2:25-cv-01386-MDC |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER EXTENDING BRIEFING |
| | ) SCHEDULE |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to the parties' stipulation to extend the briefing schedule, IT IS ORDERED, that Plaintiff shall have an extension of 60 days from October 25, 2025, or until December 24, 2025, to prepare and file Plaintiff's Opening Brief. All other scheduling dates set forth in the Case Management Order and Supplemental Rules for Social Security Actions shall be extended accordingly.

Plaintiff's Opening Brief will be due December 24, 2025.

Defendant's Opening Brief will be due January 23, 2026.

Plaintiff's Reply Brief will be due February 6, 2026.

DATED: October 22, 2025

_____
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE