Roger D. Drake (Nevada Bar No. 16849)
BERTOLDO CARTER SMITH & CULLEN
7408 West Sahara Avenue
Las Vegas, NV 89117
(702) 800-0000 (tel.)
(702) 228-2333 (fax)
rdrake@nvlegaljustice.com
Attorney for Plaintiff

SIGAL CHATTAH (Nevada Bar No. 8264)
Acting United States Attorney
NICOLE LEIBOW
Assistant United States Attorney
ANGELA THORNTON-MILLARD
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (816) 936-0134
Email: angela.thornton-millard@ssa.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SENEN MACANDOG, | ) |
|     Plaintiff, | ) CASE NO.: 2:25-cv-01386-MDC )  |
| v. | ) STIPULATION TO EXTEND ) BRIEFING SCHEDULE |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
|     Defendant. | ) |

    IT IS HEREBY STIPULATED, by and between the parties, that Plaintiff shall have a 30-day extension from December 24, 2025, or until January 23, 2026, to prepare and file Plaintiff's Opening Brief. All other scheduling dates set forth in the

Case Management Order and Supplemental Rules for Social Security Actions shall be extended accordingly.

      This is plaintiff's second request for an extension. Plaintiff counsel has been working on plaintiff's opening brief but requests a 30-day extension. Plaintiff's counsel makes this request because the administrative record is 1,905 pages and the issues are complex. Additionally, the holiday schedule coupled with the press of other business has encroached on time needed to adequately brief the issues. Plaintiff's counsel will continue to work on the brief and file it when completed. This request for extension is not made to interpose delay but to properly and adequately represent plaintiff.

      Plaintiff's Opening Brief will be due January 23, 2026.

      Defendant's Opening Brief will be due February 23, 2026.

      Plaintiff's Reply Brief will be due March 9, 2026.

DATED: December 17, 2025      By: *s/ Roger D. Drake*
                                               ROGER D. DRAKE
                                               Attorney for Plaintiff

DATED: December 17, 2025      SIGAL CHATTAH (Nevada Bar No. 8264)
                                               United States Attorney
                                             NICOLE LEIBOW
                                             Assistant United States Attorney

                                             *s/ Angela Thornton-Millard*
                                             ANGELA THORNTON-MILLARD
                                             Special Assistant United States Attorney
                                             Attorneys for Defendant
                                             [*Per email authorization on 12/17/2025*]

Roger D. Drake (Nevada Bar No. 16849)
BERTOLDO CARTER SMITH & CULLEN
7408 West Sahara Avenue
Las Vegas, NV 89117
(702) 800-0000 (tel.)
(702) 228-2333 (fax)
rdrake@nvlegaljustice.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SENEN MACANDOG,<br><br>   Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>   Defendant. | CASE NO.: 2:25-cv-01386-MDC<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

   Pursuant to the parties' stipulation to extend the briefing schedule, IT IS ORDERED, that Plaintiff shall have an extension of 30 days from December 24, 2025 or until January 23, 2026, to prepare and file Plaintiff's Opening Brief. All other scheduling dates set forth in the Case Management Order and Supplemental Rules for Social Security Actions shall be extended accordingly.

   Plaintiff's Opening Brief will be due January 23, 2026.

   Defendant's Opening Brief will be due February 23, 2026.

   Plaintiff's Reply Brief will be due March 9, 2026.

DATED: December 18, 2025      _____
                              HON. MAXIMILIANO D. COUVILLIER, III
                              UNITED STATES MAGISTRATE JUDGE